Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−11957−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Anthony J Lugo                         Therese A Lugo
   150 Ramblewood Parkway       aka Theresa A Urban
   Mount Laurel, NJ 08054           150 Ramblewood Parkway
                                             Mount Laurel, NJ 08054

Social Security No.:
   xxx−xx−5290                             xxx−xx−8038

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 20, 2023.

Dated: July 20, 2023
JAN: jpl

                                                                              Jeanne Naughton
                                                                              Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-11957-JNP |
| Anthony J Lugo | Chapter 13 |
| Therese A Lugo | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Jul 20, 2023 | Form ID: plncf13 | Total Noticed: 79 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony J Lugo, Therese A Lugo, 150 Ramblewood Parkway, Mount Laurel, NJ 08054-2326 |
| 519858692 | + | Marlett Funding, Attn: Phillips & Cohen, 1002 Justison St., Wilmington, DE 19801-5148 |
| 519858695 | + | Midland Funding, 1037 Raymond Blvd., Newark, NJ 07102-5423 |
| 519858701 | | Pressler, Felt & Warshaw LLP, 5020, 7 Entin Road, Parsippany, NJ 07054 |
| 519858702 | | Ragan and ragan, 3100 NJ 138, Belmar, NJ 07719 |
| 519858714 | + | Us Bank Na Retail Le, Attn: Bankruptcy, Po Box 3447, Oshkosh, WI 54903-3447 |
| 519858717 | + | Wal-Mart, 702 SW 8th St, Bentonville, AR 72712-6209 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 20 2023 21:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 20 2023 21:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2023 21:53:52 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519858660 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 20 2023 21:18:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 519862122 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 20 2023 21:18:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519858661 | | Email/Text: bankruptcies@arsigroup.com | Jul 20 2023 21:17:00 | ARSI, 555 St. Charles Dr., Ste 100, Thousand Oaks, CA 91360 |
| 519858659 | ^ | MEBN | Jul 20 2023 21:03:44 | AllianceOne, 3043 Walton Road, Ste 201, Plymouth Meeting, PA 19462-2389 |
| 519858662 | + | Email/Text: bk@avant.com | Jul 20 2023 21:18:00 | Avant, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 519858663 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 20 2023 21:17:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 519858664 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jul 20 2023 21:53:46 | BestEgg, 3419 Silverside Road, Wilmington, DE 19810-4801 |
| 519858668 | + | Email/Text: BKPT@cfna.com | Jul 20 2023 21:16:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, |

| | | | | |
|---|---|---|---|---|
| District/off: 0312-1 | | User: admin | | Page 2 of 5 |
| Date Rcvd: Jul 20, 2023 | | Form ID: plncf13 | | Total Noticed: 79 |

| Recipient ID | | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | | Po Box 81315, Cleveland, OH 44181-0315 |
| 519858671 | + | Email/Text: Webcollex@ebn.phinsolutions.com | Jul 20 2023 21:18:00 | CKS Financial, P.O. Box 2856, Chesapeake, VA 23327-2856 |
| 519872150 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 20 2023 22:17:09 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519858665 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2023 21:54:36 | Cap One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519858666 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2023 21:54:42 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519870959 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 20 2023 22:16:41 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519858667 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 20 2023 22:17:26 | Card Works Servicing, Llc, Attn: Bankruptcy, 101 Crossways Pk West, Woodbury, NY 11797-2020 |
| 519874079 | + | Email/Text: bankruptcy@cavps.com | Jul 20 2023 21:18:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519858670 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 20 2023 21:34:43 | Citibank/Best Buy, Po Box 790328, St Louis, MO 63179-0328 |
| 519858672 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 20 2023 21:17:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519858673 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 20 2023 21:17:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519858674 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 20 2023 21:17:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519858675 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 20 2023 21:17:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519858676 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 20 2023 21:16:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 519858678 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 20 2023 21:53:48 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519858677 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 20 2023 21:34:44 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519858679 | + | Email/Text: mrdiscen@discover.com | Jul 20 2023 21:16:00 | Discover Bank, 502 E. Market Street, Greenwood, DE 19950-9700 |
| 519865102 | | Email/Text: mrdiscen@discover.com | Jul 20 2023 21:16:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519858680 | + | Email/Text: mrdiscen@discover.com | Jul 20 2023 21:16:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519858681 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Jul 20 2023 21:17:00 | EnerBank USA, 650 S. Main Street, Ste 1000, Salt Lake City, UT 84101-2844 |
| 519858682 | | Email/Text: bknotices@fbcs-inc.com | Jul 20 2023 21:17:00 | FBCS, Inc., 330 S. Warminster Rd., Ste 353, Hatboro, PA 19040 |
| 519858683 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 20 2023 21:18:00 | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 519858684 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 20 2023 21:18:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 519858687 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 20 2023 21:17:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519920212 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 20 2023 21:18:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |

Case 23-11957-JNP    Doc 20    Filed 07/22/23    Entered 07/23/23 00:17:24    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jul 20, 2023 | Form ID: plncf13 | Total Noticed: 79 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519858669 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 20 2023 21:36:14 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519858689 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 20 2023 21:16:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519891175 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2023 21:54:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519858690 | + | Email/Text: Documentfiling@lciinc.com | Jul 20 2023 21:16:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 519909500 | + | Email/Text: Documentfiling@lciinc.com | Jul 20 2023 21:16:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 519858691 | ^ | MEBN | Jul 20 2023 21:02:35 | Loan Depot/Cenlar, Po Box 77404, Ewing, NJ 08628-6404 |
| 519858698 | | Email/Text: ml-ebn@missionlane.com | Jul 20 2023 21:16:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 519903930 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 20 2023 21:53:52 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519858693 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 20 2023 21:18:00 | Midland Credit Management, Inc., 8875 Aero Drive, San Diego, CA 92123-2255 |
| 519895359 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 20 2023 21:18:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519858694 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 20 2023 21:18:00 | Midland Funding, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 519858696 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 20 2023 21:18:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 519858697 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 20 2023 21:35:29 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 519888135 | | Email/Text: inveniobkt@phillips-cohen.com | Jul 20 2023 21:17:00 | PCA Acquisition V, LLC, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington, DE 19801 |
| 519918099 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2023 21:35:34 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 519858700 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2023 22:17:17 | Portfolio Recovery & Affiliates, 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502-4952 |
| 519914724 | | Email/Text: bnc-quantum@quantum3group.com | Jul 20 2023 21:17:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519914722 | | Email/Text: bnc-quantum@quantum3group.com | Jul 20 2023 21:17:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519915420 | | Email/Text: bnc-quantum@quantum3group.com | Jul 20 2023 21:17:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519877167 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Jul 20 2023 21:17:00 | Regions Bank DBA Enerbank USA, 650 S Main Street, Suite 1000, Salt Lake City, UT 84101-2844 |
| 519858703 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 20 2023 21:54:34 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519858704 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2023 21:34:38 | Syncb/car Care Pep B, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 519859474 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2023 21:34:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519858705 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2023 21:53:52 | Synchrony Bank/Care Credit, Attn: Bankruptcy |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519858706 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2023 21:35:29 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519858707 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2023 21:53:54 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519867381 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 20 2023 21:54:23 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519858709 | ^ | MEBN | Jul 20 2023 21:03:14 | TIAA Bank, 301 W Bay St, Jacksonville, FL 32202-5147 |
| 519858711 | | Email/Text: CollectionsCompliance@firstdata.com | Jul 20 2023 21:18:00 | TRS Recovery Services, Inc, P.O. Box 60022, City of Industry, CA 91716 |
| 519858708 | + | Email/Text: bncmail@w-legal.com | Jul 20 2023 21:17:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519858710 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 20 2023 21:17:00 | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 519858712 | | Email/Text: bknotice@upgrade.com | Jul 20 2023 21:16:00 | Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 519864926 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 20 2023 21:54:06 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0068 |
| 519858713 | + | Email/Text: LCI@upstart.com | Jul 20 2023 21:17:00 | Upstart, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 519858716 | | Email/Text: bankruptcynotices@vivecard.com | Jul 20 2023 21:16:00 | Vive Financial, Attn: Bankruptcy, 380 Data Drive, Suite 200, Draper, UT 84020 |
| 519858715 | ^ | MEBN | Jul 20 2023 21:02:58 | Velocity Investments LLC, 1800 Route 34 North, Suite 404A, Belmar, NJ 07719-9147 |
| 519858718 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 20 2023 21:53:46 | Wells Fargo Auto Finance, Attn: Bankruptcy, Po Box 29704, Phoenix, AZ 85038-9704 |

TOTAL: 72

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519858688 | | Kayleigh N. Evans |
| 519858699 | | Ocean County Probation, Child Support Enforcement, Washington Street |
| 519898506 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519858686 | ##+ | HUD, 100 East Penn Square, Philadelphia, PA 19107-3324 |
| 519858685 | ##+ | Hay, Hayt, Landau LLC, 123 S. Broad Street, Philadelphia, PA 19109-1003 |

TOTAL: 2 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0312-1 | User: admin | Page 5 of 5
Date Rcvd: Jul 20, 2023 | Form ID: plncf13 | Total Noticed: 79

Date: Jul 22, 2023           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brad J. Sadek | on behalf of Joint Debtor Therese A Lugo bradsadek@gmail.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Brad J. Sadek | on behalf of Debtor Anthony J Lugo bradsadek@gmail.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5